**Maureen I. ROSGA,**
**Petitioner/Respondent,**

v.

**Maurice N. ROSGA,**
**Respondent/Appellant.**

**No. 60014.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 7, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
May 19, 1992.

Richard Alan Cooper, Danis, Reed, Murphy Garvin, Tobben & Schreiber, Clayton, for respondent, appellant.

Maureen I. Rosga, pro se.

Alan Agathen, Boisaubin & Agathen, Clayton, for petitioner, respondent.

## ORDER

PER CURIAM.

Husband appeals from the provision of a dissolution decree dividing the marital property. We affirm. The trial court's judgment is supported by substantial evi-

dence, no error of law appears, and an extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only setting forth our reasons for affirming the trial court's judgment pursuant to Rule 84.16(b).